IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLABORNE VALENTINE, | § | |
| Plaintiff, | § § § | |
| V. | § | No. 3:16-CV-1221-D |
| VETERANS AFFAIRS, | § § § | |
| Defendant. | § | |

## **ORDER**

Treating plaintiff's July 21, 2016 response to the the findings, conclusions, and recommendation of the United States Magistrate Judge as a motion for voluntary dismissal, the court dismisses this action without prejudice by judgment filed today.

**SO ORDERED**.

August 11, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE